O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zumba Fitness, LLC,<br><br>           Plaintiff,<br><br>  vs.<br><br><br>Walter Perissutti<br><br>           Defendant. | CV 11-05347-RSWL (FMOx)<br><br>**ORDER Re: Plaintiff's Motion for Default Judgment by Court [17]** |

On November 8, 2011, Plaintiff Zumba Fitness, LLC's ("Plaintiff") Motion for Default Judgment came on for regular calendar before the Court [17]. The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Application for Default Judgment is hereby **GRANTED**. The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule 55-1 for entry of default judgment.

1

Specifically, the Court finds that on August 1, 2011, the clerk entered the default of Defendant Walter Perissutti ("Defendant"); Defendant is not an infant or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940; and Defendant did not appear in this action. Further, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986) weigh in favor of granting default judgment. In addition, the Court finds that Defendant committed acts of willful copyright and trademark infringement; as such, an increased statutory damages award is appropriate under the Copyright Act § 504(c)(2) and Trademark Act § 1117(c)(2).

THEREFORE, IT IS ORDERED that:

Default judgment be entered against Defendant Walter Perissutti for damages in the amount of $430,000.00, Plaintiff's attorney's fees in the amount of $5,600.00, and costs of suit in the amount of $669.31. This judgment shall bear interest at the judgment rate from the date of entry until paid.

**IT IS SO ORDERED.**

DATED: November 9, 2011.

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2